

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| CONNIE RAY PALMER, | § | No. 08-20-00222-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | of Pecos County, Texas |
| | § | (TC# P-12345-112-CV) |
| Appellee. | § | |
| | § | |

## **O R D E R**

Because this is a civil suit and Appellant has not shown he is entitled to appointment of counsel, his request for appointment of counsel is denied.

Appellant's request for an extension of time to file a brief is granted to May 9, 2021.

IT IS SO ORDERED this 30th day of March, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.